IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DERRICK BILLINGS                                                                                       PETITIONER

v.                                          NO. 2:06CV00065 JLH

LINDA SANDERS, Warden, FCI
Forrest City, Arkansas                                                                                 RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Respondent Linda Sanders ("Sanders") represents, and the Court accepts as true, that petitioner Derrick Billings ("Billings") will be evaluated for placement in a Residential Reentry Center pursuant to the Federal Bureau of Prisons ("BOP") policy in effect prior to the adoption of the invalid February of 2005 BOP policy, which is the very relief the Court could have granted had Billings obtained a favorable ruling in this proceeding. Billings' petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 is therefore dismissed as moot. Judgment will be entered for Sanders.

IT IS SO ORDERED this 1st day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE