**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DERRICK BILLINGS                                                                    PETITIONER

v.                                          NO. 2:06CV00065 JLH

LINDA SANDERS, Warden, FCI
Forrest City, Arkansas                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Linda

Sanders.

IT IS SO ORDERED this 1st day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE